NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FACEBOOK, INC.,**
*Appellant*

**v.**

**REMBRANDT SOCIAL MEDIA, LP,**
*Appellee*

---

16-1043
(No. IPR2014-00415)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

## O R D E R

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    FACEBOOK, INC. v. REMBRANDT SOCIAL MEDIA, LP

FOR THE COURT

April 11, 2016                    /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

**ISSUED AS A MANDATE:** April 11, 2016

cc: Clerk's Office, United States Patent and Trademark
Office
John A. Dragseth
John Stephen Goetz
Robert E. Hillman
Heidi Lyn Keefe
Lawrence K. Kolodney
Andrew Carter Mace
Thomas M. Melsheimer
Phillip Edward Morton
Mark R. Weinstein